■ In the Matter of Natalie Shapiro. Madeline Barotz, Appellant; Eileen Shapiro et al., Respondents. [23 NYS3d 878]— Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered April 22, 2014, which, to the extent appealed from as limited by the brief, confirmed the report of the court examiner and approved the examiner's commission and fees, unanimously affirmed, without costs.

Petitioner Madelaine Barotz has failed to show that the court examiner's report failed to meet the substantive requirements of the Mental Hygiene Law. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.